SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
AMANDA M. BETTINELLI (Cal. Bar No. 233927)
Assistant United States Attorney
Environmental and Community Safety Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0470
    Facsimile: (213) 894-6436
    E-mail:    Amanda.Bettinelli@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  Plaintiff,  v.  NICHOLAS BISHOP, aka "Nick the Wrangler,"  Defendants. | Case No. 17-MJ-02435  NOTICE OF LODGING OF ORDER FOR DISMISSAL OF MAGISTRATE'S COMPLAINT |
|---|---|

Please take notice that the government hereby lodges the attached ORDER FOR DISMISSAL WITHOUT PREJUDICE OF MAGISTRATE'S COMPLAINT in the above-captioned case.

Dated: December 13, 2017    Respectfully submitted,

    SANDRA R. BROWN
    Acting United States Attorney

    LAWRENCE S. MIDDLETON
    Assistant United States Attorney
    Chief, Criminal Division

    /s/

    AMANDA M. BETTINELLI
    Assistant United States Attorney

    Attorneys for Plaintiff
    UNITED STATES OF AMERICA