SANDRA R. BROWN
Acting United States Attorney
By: AMANDA M. BETTINELLI (233927)
United States Courthouse
312 N. Spring Street
Los Angeles, CA 90012



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                    PLAINTIFF,<br><br>              v.<br><br>NICHOLAS BISHOP,<br><br>    aka "Nick the Wrangler,"<br><br>                    DEFENDANT | CASE NUMBER<br><br>17-MJ-02435<br><br>**ORDER FOR DISMISSAL OF MAGISTRATE'S COMPLAINT** |
|---|---|

A Magistrate's Complaint having been filed before the United States Magistrate Frederick F. Mumm in Los Angeles, California, against the above-named defendant, charging violation of Title 16, United States Code, Sections 3372(a)(2)(A), 3371(g), 3373(d)(1)(B); Title 18, United States Code, Sections 2(a), (b), and the United States Attorney having moved for a dismissal of the complaint,

IT IS HEREBY ORDERED that said Complaint be dismissed as to defendant NICHOLAS BISHOP, aka "Nick the Wrangler," without prejudice and that defendant be released if in custody solely on this charge, or if not, that bond, if any, be exonerated on this charge.

Date: 12/14/17

United States Magistrate Judge

Presented by:

/s/
AMANDA M. BETTINELLI
Assistant United States Attorney

**Complaint Filed: September 29, 2017**

**Is the person in custody?**
YES ☐
NO ☒